940 F.2d 651
 Cowell (Dwight K.)
v.
City of Virginia Beach, Oberndorf (Meyera E.), Fentress
(Robert E.), McClanan (Reba S.), Henley (Barbara M.), Baum
(John A.), Balko (Albert), Parker (Nancy), Moss (John),
Perry (John), Heischober (Harold), Sessoms (William D.),
Watts (Aubrey V., Jr.), Wall (Charles R.), Walker (R.J.),
Eason (B.F.), Sutton (Paul E., II)
 NO. 90-2207
 United States Court of Appeals,
 Fourth Circuit.
 AUG 09, 1991
 
 1
 Appeal From: E.D.Va.
 
 
 2
 DISMISSED.